**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED    JUL 18 2011

LORETTA G. WHYTE
CLERK


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 07-425 |
| v. | * | SECTION: "J" |
| BYRON NEAL | * | |

\*    \*    \*

## FACTUAL BASIS

If this case was to proceed to trial the Government would present credible testimony and reliable evidence to prove the following facts beyond a reasonable doubt;

On July 18, 2007, The Drug Enforcement Administration (DEA), with the cooperation of a Confidential Source (CS), purchased approximately 2 ½ ounces of cocaine base from Neal for $1,700. After a recorded conversation setting up the deal, the CS met Neal at the Circle K store on North Morrison Blvd in Hammond, LA. Once both arrived at the store at approximately 1:30 pm, the CS got into the passenger side of Neal's vehicle and exchanged the $1,700 for the 2 ½ ounces of cocaine base. The CS later met up with agents and turned over the cocaine base. Lab reports reflect the substance obtained from Neal by the CS was positive for cocaine base with a net weight of 55.2 grams. This meeting was subject to audio recording.

1

On October 29, 2007, a second purchase of cocaine base was made from Neal. This time the CS had a recorded conversation with Neal and requested a purchase of 2 1/4 ounces of cocaine base for $1,700. During a second recorded conversation, the meeting was set for the Chevron gas station on Wardline Road in Hammond, Louisiana. At approximately 5:38 pm, Neal arrived at the station and the CS entered Neal's vehicle. Once in Neal's vehicle, Neal exchanged the cocaine base for the $1,700 provided by the CS. The CS then met with agents and turned over the cocaine base acquired from Neal. The transaction was recorded on audio and video. The cocaine base obtained from Neal was later tested by the DEA laboratory and resulted in a positive test for the presence of cocaine base with a net weight of 51.2 grams.

Agents and local officers maintained surveillance on Neal as he returned to his residence, an apartment within the complex on West Lee Hughes Road near Hammond. At approximately 8:20 p.m., agents after applying for a search warrant, executed the search warrant at Neal's residence. From Neal's pocket, agents recovered $1,769, $1,700 of which was the money provided by the DEA to the CS for the purchase of cocaine base from Neal earlier that afternoon. From the vehicle Neal occupied, registered to Creola Neal, a small amount of cocaine base was recovered from the arm rest of the driver's side door. The cocaine base obtained from Neal's vehicle was later tested by the DEA laboratory and resulted in a positive test for the presence of cocaine base with a net weight of 2.3 grams.

On December 13, 2007, Byron Neal was indicted on drug charges for the conduct described above. After it became clear that Byron Neal was unwilling to enter into a plea agreement with the United States, both parties began preparing for trial that was set for February 17, 2009. In the days leading up to the February 17, 2009 trial, DEA Special Agent Chad Scott was informed by a

2

cooperating defendant that Byron Neal was seeking to have CS-07-126261 killed prior to February 17, 2009, in order to prevent CS-07-126261 from testifying against Byron Neal. Given the above information, S/A Scott worked with the cooperating defendant and other known individuals to introduce DEA Task Force Agent Ricky Jackson as a possible "hit man" to Byron Neal by telephone. This was done in order to confirm the desire of Byron Neal to kill CS-07-126261 and to assist in preventing Byron Neal from arranging with a third party to have CS-07-126261 killed.

During this same period, S/A Scott subpoenaed recorded telephone calls involving Byron Neal from Orleans Parish Prison. From these calls S/A Scott discovered two calls between Byron Neal and Shad Neal, a/k/a "Boogie", where discussions regarding the killing of CS-07-126261 took place. The conversations included the following:

1. On or about January 25, 2009, **BYRON NEAL** discussed his plan to murder CS-07-126261 with an unknown female and **SHAD NEAL**. During this recorded conversation **BYRON NEAL**, who was incarcerated in the Orleans Parish Prison, asked the female: "Is Boogie over there? . . . I need to talk to him about something very important." In explaining why he needed to speak to **SHAD NEAL, BYRON NEAL** further stated to the female, "you want me to come home? . . . That little problem, you know, . . . somebody, my peeps, got to take care of it. That's the only way." **BYRON NEAL** further inquired about his ability to borrow two to three thousand dollars from the female when he asked "you gonna lend me two or three? . . . I just want to make sure before I lock the deal." Finally, **BYRON NEAL** told the female "I got to do, what I got to do" and that he "can't take no chances."

2. Also, on or about January 25, 2009, during the same recorded conversation involving **BYRON NEAL** after the female handed the telephone to **SHAD NEAL, BYRON NEAL** asked **SHAD NEAL**: "What's his name still running around?" To wit **SHAD NEAL** replied "Yeah." Later in the conversation, **BYRON NEAL** stated to **SHAD NEAL**, "I got someone to holler at you." and "It's gonna be three (referring to the price to have CS-07-126261 killed)." When **SHAD NEAL** inquired "When you going back to court?" **BYRON NEAL** replied, "My trial is February 17th. Yeah, see what I am saying?" During this conversation with **SHAD NEAL, BYRON NEAL** added "I got to do something." "Thirty years I am looking at." This

3

conversation also included a discussion contemplating **BYRON NEAL** providing a third party **SHAD NEAL's** cellular telephone number to arrange a future meeting between **SHAD NEAL** and a third party **BYRON NEAL** and **SHAD NEAL** believed would kill CS-07-126261 for payment.

Subsequent to these telephone calls between Byron Neal and Shad Neal, TFA Ricky Jackson had recorded telephone conversations with Byron Neal and Shad Neal. Ultimately, on January 27, 2009, Shad Neal met with TFA Jackson. During this meeting Shad Neal discussed with TFA Jackson the down payment being paid in two days for the killing of CS-07-126261, CS-07-126261's real name along with his residence and workplace along with escape routes for TFA Jackson after he killed CS-07-126261. While with TFA Jackson, Shad Neal arranged for one of his other brothers to locate CS-07-126261's residence and workplace. This recorded meeting between Shad Neal and TFA Jackson lasted for approximately two hours. Shortly after the meeting between Shad Neal and TFA Jackson, Shad Neal was arrested and after being advised of his Miranda rights, admitted to assisting his brother Byron Neal with trying to have CS-07-126261 killed and meeting with TFA Jackson in furtherance of trying to have CS-07-126261 killed.

At trial the Government would introduce the audio and video recorded conversations involving Byron Neal, Shad Neal, CS-07-126261 and TFA Jackson, the cocaine base ("crack") that was purchased from Byron Neal, the money seized from Byron Neal as well as the testimony of cooperating witnesses and investigating agents.

On or about February 27, 1991, Byron Neal was convicted of Possession of Cocaine, a felony

under Louisiana law, in Case No. 59709 in the 21st Judicial District Court for the State of Louisiana.

Byron Neal was sentenced to four years in the Louisiana Department of Corrections suspended, and

placed on five years active probation.

William J. Quinlan, Jr.                (date)
Assistant United States Attorney

John Michael Lawrence          (date)
Attorney for Defendant

Matthew S. Chester          (date)
Assistant United States Attorney

Byron Neal          (date)
Defendant