07-19-11

Byron Neal
P.O. Box 908
Covington, LA.
70434

07-CR-425 "J"

Honorable Carl J. Barbier (Eastern District of LA
500 Poydras St
New Orleans, LA.
70119

RECEIVED
JUL 26 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

Re: To Take Plea of guilty Back

Dear Sir:

I am writing you requesting to take my plea back. Sir, I was very confused and under duress by the actions of my attorney and the prosecutor. Sir, I never knew your own attorney could tell you that you had no chance. And he not going to fight for you. Sir, I really wanted to go to trial and prove that I am not a bad person. Sir, now I will have on me trying to murder someone. But, in reality I was manipulated by a fellow inmate trying to get a time cut and played on because of my mental health problems. And I am very upset because of this and really want to fight to prove that I am not a bad person. Now, people will make my kids think I am a bad person but I am not. I am a good

really fear God. Sir, I am tied of people taking advantage of me and my family. Attorney been getting my family and my money and never will fight for me. I always have to do time because of my attorney. I just did 13 years for nothing. Because my attorney would not look into my case in see that I was telling the truth. I am tied of been mistreated by Attorney's every time I get arrested. They just play games with people lives. Sir, I have children too just like everyone. And family that love me too. Sir, you said in court that we have a right too be prove guity. Sir, I am not telling you that I am this person that did not do wrong. I am saying that I have a right to a fair day in court and attorney that are willing to help me get the best defense no matter what and no matter who we have to go against. Sir, I know in my heart that my attorney took away my insanity defense. And I had a chance to show how people been doing me. But God will take care of his child no matter what. Anyway, Thank you for your time. I just had to get things out of my mind because I am hurting.

Thank you for helping me see that I do have rights.

Byron Neal