AMENDED MINUTE ENTRY
BARBIER, J.
OCTOBER 27, 2011


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 07-425

BYRON NEAL                                  SECTION: J

<u>SENTENCING</u>


COURT REPORTER: Jodi Simcox
COURTROOM DEPUTY: Stephanie Kall


PRESENT:   William Quinlan, Jr., AUSA, for the government
           John-Michael Lawrence, Esq., for defendant
           Byron Neal, defendant


<u>Defendant's motion to withdraw guilty plea [204];</u>
<u>Argued; ORDERED DENIED.</u>
Defendant sentenced to counts 1-5 of the superseding indictment.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
The defendant was remanded.
Court adjourned .


JS-10: 46 min